**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY NUNEZ, | ) | NO. ED CV 08-710-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| IVAN D. CLAY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 19, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE